# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138069

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DIONNE WEATHERS-TAYLOR, Personal
Representative of the Estate of MELVIN
GOODMAN, Deceased,
          Plaintiff-Appellee,

v

H. REX RUETTINGER, D.O., and H. REX
RUETTINGER, D.O., P.C.,
          Defendants-Appellants,

and

BOTSFORD GENERAL HOSPITAL,
          Defendant.
_____/

SC: 138069
COA: 265511
Wayne CC: 04-438726-NH

On order of the Court, the application for leave to appeal the December 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518